| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Theos Fedro Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1169878 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  **819 Ellis Street**  **San Francisco, CA 94109**  Number, Street, City, State & ZIP Code  **San Francisco**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

| Debtor | Theos Fedro Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       __4889__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    - ■ No.
    - ☐ Yes.

    | District | _____ | When | _____ | Case number | _____ |
    |---|---|---|---|---|---|
    | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list

    - ■ No
    - ☐ Yes.

    | Debtor | _____ | | Relationship | _____ |
    |---|---|---|---|---|
    | District | _____ | When _____ | Case number, if known | _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

| Debtor | Theos Fedro Holdings, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 16, 2021**
MM / DD / YYYY

X **/s/ Philip Achilles**          **Philip Achilles**
Signature of authorized representative of debtor          Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Sarah M. Stuppi**          Date **March 16, 2021**
Signature of attorney for debtor          MM / DD / YYYY

**Sarah M. Stuppi 103041**
Printed name

**Law Offices of Stuppi & Stuppi**
Firm name

**1630 N. Main Street, #332**
**Walnut Creek, CA 94596**
Number, Street, City, State & ZIP Code

Contact phone  **415-786-4365**          Email address  **sarah@stuppilaw.com**

**103041 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Theos Fedro Holdings, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 16, 2021**      X **/s/ Philip Achilles**
Signature of individual signing on behalf of debtor

**Philip Achilles**
Printed name

**Managing Member**
Position or relationship to debtor

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dennis J. Herrera, City Attorney City and County of San Francisco Abatement Settlements 1390 Market Street, 6th Street San Francisco, CA 94102 | | | | | | $230,000.00 |
| Forge Development Corporation 155 Montgomry Street, Suite 300 San Francisco, CA 94104 | | | | | | $75,000.00 |
| Hanson Bridgett LLP Attention: Martin Goodman 456 Montgomery Street, Suite 1300 San Francisco, CA 94104 | | | | | | $28,000.00 |
| Kevin Reese Ogle, Deakins, Nash, Smoak, et al. Steuart Tower, Suite 1300 One Market Plaza San Francisco, CA 94105 | | | | | | $75,000.00 |

| Debtor | Theos Fedro Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Niall Vignoles**<br>**Law Offices of Niall Vignoles, PC**<br>**649 Mission Street, 5th Floor**<br>**San Francisco, CA 94105** | | | | | | $99,000.00 |
| **San Francisco Tax Collector - Prop. Tax**<br>**City and County of San Francisco**<br>**1 Dr. Carlton B. Goodlett Place**<br>**San Francisco, CA 94102** | | | | | | $120,000.00 |
| **Soteris Achilleos**<br>**20, Iphigenias Street, Flat 201**<br>**CY - 2007 Strovolos, Nicosia** | | | | | | $220,000.00 |
| **U.S. Business Administration**<br>**Disaster Assistance Processing and Disbursement Center**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | | | | | | $150,000.00 |
| **Wells Fargo Bank**<br>**Lockbox Services 51174**<br>**Attention: WF Credit Card**<br>**3440 Flair Drive**<br>**El Monte, CA 91731** | | | | | | $65,000.00 |

# United States Bankruptcy Court
## Northern District of California

In re  **Theos Fedro Holdings, LLC**  
                        Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 16, 2021**

/s/ Philip Achilles  
**Philip Achilles**/**Managing Member**  
Signer/Title

Assured Lender Services, Inc.
111 Pacifica, Suite 140
Irvine, CA 92618


Dennis J. Herrera, City Attorney
City and County of San Francisco
Abatement Settlements
1390 Market Street, 6th Street
San Francisco, CA 94102


Forge Development Corporation
155 Montgomry Street, Suite 300
San Francisco, CA 94104


Hanson Bridgett LLP
Attention: Martin Goodman
456 Montgomery Street, Suite 1300
San Francisco, CA 94104


Kevin Reese
Ogle, Deakins, Nash, Smoak, et al.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105


Kevin Reese
Ogle, Deakins, Nash Smoak, et al.
P.O. Box 89
Columbia, SC 29202


Niall Vignoles
Law Offices of Niall Vignoles, PC
649 Mission Street, 5th Floor
San Francisco, CA 94105


Pender Capital
11766 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90025

San Francisco Tax Collector - Prop. Tax
City and County of San Francisco
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102


Soteris Achilleos
20, Iphigenias Street, Flat 201
CY - 2007 Strovolos, Nicosia


State of California
Department of Industrial Relations, DSLE
320 W. 4th Street, Suite 600
Los Angeles, CA 90013


U.S. Business Administration
Disaster Assistance
Processing and Disbursement Center
14925 Kingsport Road
Fort Worth, TX 76155


Wells Fargo Bank
Lockbox Services 51174
Attention: WF Credit Card
3440 Flair Drive
El Monte, CA 91731

# United States Bankruptcy Court
## Northern District of California

In re __Theos Fedro Holdings, LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Theos Fedro Holdings, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| __March 16, 2021__ | __/s/ Sarah M. Stuppi__ |
| Date | __Sarah M. Stuppi 103041__ |
| | Signature of Attorney or Litigant |
| | Counsel for __Theos Fedro Holdings, LLC__ |
| | Law Offices of Stuppi & Stuppi |
| | 1630 N. Main Street, #332 |
| | Walnut Creek, CA 94596 |
| | 415-786-4365 Fax:925-287-8113 |
| | sarah@stuppilaw.com |