UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 21-30202 DM |
|---|---|
| THEOS FEDRO HOLDINGS, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 177<br>Judge: Hon. Dennis Montali<br>Hearing Location: AT&T Connect Teleconference or Zoom Video Conference<br>Hearing Date: February 25, 2022<br>Hearing Time: 10:30 a.m. |

On 1/28/2022, I did cause a copy of the following documents, described below,

Notice of Hearing on Motion to Sell Real Property Subject to Overbid and Pay Real Estate Commission (819 Ellis Street, San Francisco, CA 94109) [11 U.S.C. Sections 363(b)(3);F.R.B.P. 6004(a); B.L.R. 6004-1] ECF Docket Reference No. 177

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/28/2022

/s/ Michael A. Isaacs
Michael A. Isaacs  141311

Rincon Law, LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: | CASE NO: 21-30202 DM |
|---|---|
| THEOS FEDRO HOLDINGS, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 177 |
| | Judge: Hon. Dennis Montali |
| | Hearing Location: AT&T Connect Teleconference or Zoom Video Conference |
| | Hearing Date: February 25, 2022 |
| | Hearing Time: 10:30 a.m. |

On 1/28/2022, a copy of the following documents, described below,

Notice of Hearing on Motion to Sell Real Property Subject to Overbid and Pay Real Estate Commission (819 Ellis Street, San Francisco, CA 94109) [11 U.S.C. Sections 363(b)(3);F.R.B.P. 6004(a); B.L.R. 6004-1] ECF Docket Reference No. 177

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/28/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael A. Isaacs
Rincon Law, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09713<br>CASE 21-30202<br>CALIFORNIA NORTHERN BANKRUPTCY COURT<br>SAN FRANCISCO<br>FRI JAN 28 07-21-04 PST 2022 | AA PARKING INC<br>819 ELLIS ST<br>SAN FRANCISCO CA 94109-7807 | PHILIP ACHILLES<br>CO IAIN A MACDONALD<br>MACDONALD FERNANDEZ LLP<br>221 SANSOME STREET<br>THIRD FLOOR<br>SAN FRANCISCO CA 94104-2331 |
| ASSURED LENDER SERVICES INC<br>111 PACIFICA SUITE 140<br>IRVINE CA 92618-7422 | BACHECKI CROM CO LLP<br>400 OYSTER POINT BOULEVARD SUITE 106<br>SOUTH SAN FRANCISCO CA 94080-1917 | CA EMPLOYMENT DEVELOPMENT DEPT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO CA 94280-0001 |
| CA FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES BANKRUPTCY UNIT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | CALIFORNIA LABOR COMMISSIONER<br>CALIFORNIA LABOR COMMISSIONER<br>320 W 4TH STREET STE 600<br>LOS ANGELES CA 90013-2350 | CALIFORNIA LABOR COMMISSIONER<br>CO MATTHEW SIROLLY<br>320 W 4TH STREET SUITE 600<br>LOS ANGELES CA 90013-2350 |
| CHIEF TAX COLLECTION SECTION<br>EMPLOYMENT DEVELOPMENT SECTION<br>PO BOX 826203<br>SACRAMENTO CA 94230-0001 | DENNIS J HERRERA CITY ATTORNEY<br>CITY AND COUNTY OF SAN FRANCISCO<br>ABATEMENT SETTLEMENTS<br>1390 MARKET STREET 6TH STREET<br>SAN FRANCISCO CA 94102 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| FORGE DEVELOPMENT CORPORATION<br>155 MONTGOMRY STREET SUITE 300<br>SAN FRANCISCO CA 94104-4108 | CHRISTINA LAUREN GOEBELSMANN<br>U S SMALL BUSINESS ADMINISTRATION<br>455 MARKET ST 600<br>SAN FRANCISCO CA 94105-5472 | HANSON BRIDGETT LLP<br>ATTN MARTIN D GOODMAN<br>50 PIEDMONT STREET<br>SAN FRANCISCO CA 94117-4508 |
| JANINA M HOSKINS<br>PO BOX 158<br>MIDDLETOWN CA 95461-0158 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| MICHAEL A ISAACS<br>RINCON LAW LLP<br>268 BUSH STREET SUITE 3335<br>SAN FRANCISCO CA 94104-3503 | JASON RIOS ESQ<br>FELDERSTEIN FITZGEARLD ET AL<br>500 CAPITOL MALL SUIT 2250<br>SACRAMENTO CA 95814-4760 | MARTIN N JENSEN<br>PORTER SCOTT<br>350 UNIVERSITY AVENUE<br>SUITE 200<br>SACRAMENTO CA 95825-6581 |
| KEVIN REESE<br>OGLE DEAKINS NASH SMOAK ET AL<br>PO BOX 89<br>COLUMBIA SC 29202-0089 | KEVIN REESE<br>OGLE DEAKINS NASH SMOAK ET AL<br>STEUART TOWER SUITE 1300<br>ONE MARKET PLAZA<br>SAN FRANCISCO CA 94105-1101 | TIMOTHY S LAFFREDI<br>OFFICE OF THE U S TRUSTEE SAN JOSE<br>280 SOUTH 1 ST SUITE 268<br>SAN JOSE CA 95113-3004 |
| MARC LIBARLE<br>LAW OFFICES OF MARC LIBARLE<br>1388 SUTTER ST 910<br>SAN FRANCISCO CA 94109-5453 | IAIN A MACDONALD<br>MACDONALD FERNANDEZ LLP<br>221 SANSOME ST THIRD FLOOR<br>SAN FRANCISCO CA 94104-2331 | MALINKA TACUMA WADE MOYE<br>851 WISCONSIN STREET<br>SAN FRANCISCO CA 94107-3346 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MATTHEW SIROLLY<br>STATE OF CALIFORNIA<br>LABOR COMMISSIONERS OFFICE<br>320 W 4TH STREET SUITE 600<br>LOS ANGELES CA 90013-2350 | MALINKA MOYE<br>851 WISCONSIN ST<br>SAN FRANCISCO CA 94107-3346 | NRT WEST INC DBA COLDWELL BANKER<br>1560 VAN NESS AVE 2ND FLOOR<br>SAN FRANCISCO CA 94109-4606 |
| NRT WEST INC DBA COLDWELL BANKER REALTY<br>1560 VAN NESS AVE 2ND FLOOR<br>SAN FRANCISCO CA 94109-4606 | NIALL VIGNOLES<br>LAW OFFICES OF NIALL VIGNOLES PC<br>649 MISSION STREET 5TH FLOOR<br>SAN FRANCISCO CA 94105-4128 | OFFICE OF THE US TRUSTEE  SF<br>PHILLIP J BURTON FEDERAL BUILDING<br>450 GOLDEN GATE AVE 5TH FL 05-0153<br>SAN FRANCISCO CA 94102-3661 |
| PENDER CAPITAL ASSET BASED LENDING FUND I L<br>CO JASON E RIOS<br>FELDERSTEIN FITZGERALD WILLOUGHBY ET AL<br>500 CAPITOL MALL SUITE 2250<br>SACRAMENTO CA 95814-4760 | JASON E RIOS<br>FELDERSTEIN FITZGERALD ET AL<br>500 CAPITOL MALL<br>SUITE 2250<br>SACRAMENTO CA 95814-4760 | ELVINA ROFAEL<br>DOJUST<br>450 GOLDEN GATE AVENUE<br>STE 05-0153<br>SAN FRANCISCO CA 94102-3661 |
| SAN FRANCISCO TAX COLLECTOR   PROP TAX<br>CITY AND COUNTY OF SAN FRANCISCO<br>1 DR CARLTON B GOODLETT PLACE<br>SAN FRANCISCO CA 94102-4603 | MATTHEW SIROLLY<br>THE WAGE JUSTICE CENTER<br>3250 WILSHIRE BLVD 14TH FLR<br>LOS ANGELES CA 90010-1512 | STETSON PACIFIC ELEVATOR<br>676 TOLAND PLACE<br>SAN FRANCISCO CA 94124-1310 |
| SARAH M STUPPI<br>LAW OFFICES OF STUPPI AND STUPPI<br>1630 NORTH MAIN ST 332<br>WALNUT CREEK CA 94596-4609 | DEBTOR<br>THEOS FEDRO HOLDINGS LLC<br>819 ELLIS STREET<br>SAN FRANCISCO CA 94109-7807 | U S ATTORNEYS OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| US BUSINESS ADMINISTRATION<br>DISASTER ASSISTANCE<br>PROCESSING AND DISBURSEMENT CENTER<br>14925 KINGSPORT ROAD<br>FORT WORTH TX 76155-2243 | US SMALL BUSINESS ADMINISTRATION<br>CO CHRISTINA L GOEBELSMANN ESQ<br>455 MARKET STREET<br>SUITE 600<br>SAN FRANCISCO CA 94105-5472 | WELLS FARGO BANK<br>LOCKBOX SERVICES 51174<br>ATTENTION- WF CREDIT CARD<br>3440 FLAIR DRIVE<br>EL MONTE CA 91731-2823 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
U.S. Small Business Administration
c/o Christina L. Goebelsmann, Esq.
455 Market Street
Suite 600
San Francisco, CA 94105
represented by:
Christina Lauren Goebelsmann
U. S. Small Business Administration
455 Market St. #600
San Francisco, CA 94105

Christina.Goebelsmann@sba.gov

(Debtor)PRO SE
Theos Fedro Holdings, LLC
819 Ellis Street
San Francisco, CA 94109
Tax ID / EIN: 83-1169878
represented by:
Sarah M. Stuppi
Law Offices of Stuppi and Stuppi
1630 North Main St. #332
Walnut Creek, CA 94596

sarah@stuppilaw.com

Sarah M. Stuppi
Law Offices of Stuppi and Stuppi
1630 North Main Street #332
Walnut Creek, CA 94596
(Attorney)
represented by:
Sarah M. Stuppi
Law Offices of Stuppi and Stuppi
1630 North Main St. #332
Walnut Creek, CA 94596

sarah@stuppilaw.com

(Interested Party)
Stetson Pacific Elevator
676 Toland Place
San Francisco, CA 94124

Jason E. Rios
Felderstein, Fitzgerald et al
500 Capitol Mall
Suite 2250
Sacramento, CA 95814

jrios@ffwplaw.com

(Creditor)
Pender Capital Asset Based Lending
Fund I, LP
represented by:
Martin N. Jensen
Porter Scott
350 University Avenue
Suite 200
Sacramento, CA 95825

mjensen@porterscott.com

Elvina Rofael
DOJ-Ust
450 Golden Gate Avenue
Ste 05-0153
San Francisco, CA 94102

elvina.rofael@usdoj.gov

(U.S. Trustee)
Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
San Francisco, CA 94102
represented by:
Timothy S. Laffredi
Office of the U. S. Trustee - San Jose
280 South 1 St., Suite 268
San Jose, CA 95113

timothy.s.laffredi@usdoj.gov

NRT West, Inc., dba Coldwell Banker
Realty
1560 Van Ness Ave., 2nd Floor
San Francisco, CA 94109
(Broker)

NRT West, Inc. dba Coldwell Banker
1560 Van Ness Ave., 2nd Floor
San Francisco, CA 94109
(Trustee Other Prof)

(Creditor)
Malinka Moye
851 Wisconsin St
San Francisco, CA 94107

Marc Libarle
Law Offices of Marc Libarle
1388 Sutter St. #910
San Francisco, CA 94109
(Spec. Counsel)

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
represented by:
Michael A. Isaacs
Rincon Law, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104

misaacs@rinconlawllp.com

(Trustee)
Christopher Hayes
23 Railroad Avenue #1238
Danville, CA 94526
represented by:
Christopher Hayes
23 Railroad Avenue #1238
Danville, CA 94526

chayestrustee@gmail.com

(Creditor)
Hanson Bridgett, LLP
Attn: Martin D. Goodman
50 Piedmont St.
San Francisco, CA 94117

(Creditor)
California Labor Commissioner
California Labor Commissioner
320 W 4th Street, Ste 600
Los Angeles, Ca 90013
represented by:
Matthew Sirolly
The Wage Justice Center
3250 Wilshire Blvd., 14th Flr.
Los Angeles, CA 90010

msirolly@dir.ca.gov

Bachecki, Crom & Co., LLP
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080
(Trustee Accountant)

JCrom@bachcrom.com

(Creditor)
Philip Achilles
c/o Iain A. Macdonald
Macdonald Fernandez LLP
221 Sansome Street
Third Floor
San Francisco, CA 94104
represented by:
Iain A. Macdonald
Macdonald Fernandez LLP
221 Sansome St. Third Floor
San Francisco, CA 94104

imac@macfern.com

(Interested Party)
A.A. Parking Inc.
819 Ellis St.
San Francisco, CA 94109