# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO: 21-30202 |
|---|---|
| Theos Fedro Holdings, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Hon. Dennis Montali<br>Hearing Location: AT&T Connect Teleconference-Zoom Video Conference<br>Hearing Date: February 25, 2022<br>Hearing Time: 10:30 a.m. |

On 2/15/2022, I did cause a copy of the following documents, described below,

Pender Capital's Opposition to Motion to (1) Sell Real Property Free and Clear of Liens and Interest, etc. - Declarations of J. Rios and Z. Murphy in Support Thereof

Pender Capital's Opposition to Motion to Sell Real Property Subject to Overbid and Pay Real Estate Commission; Declarations of J. Rios and Z. Murphy in Support Thereof

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/15/2022

/s/ Jason E. Rios
Jason E. Rios  190086
Attorney at Law
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Theos Fedro Holdings, LLC | CASE NO: 21-30202<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>Judge: Hon. Dennis Montali<br>Hearing Location: AT&T Connect Teleconference-Zoom Video Conference<br>Hearing Date: February 25, 2022<br>Hearing Time: 10:30 a.m. |

On 2/15/2022, a copy of the following documents, described below,

Pender Capital's Opposition to Motion to (1) Sell Real Property Free and Clear of Liens and Interest, etc. - Declarations of J. Rios and Z. Murphy in Support Thereof

Pender Capital's Opposition to Motion to Sell Real Property Subject to Overbid and Pay Real Estate Commission; Declarations of J. Rios and Z. Murphy in Support Thereof

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/15/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jason E. Rios
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

HANSON BRIDGETT LLP
ATTN: MARTIN D. GOODMAN
50 PIEDMONT ST.
SAN FRANCISCO CA 94117

MARC L. LIBARLE
LAW OFFICES OF MARC L. LIBARLE
1388 SUTTER STREET
SUITE 910
SAN FRANCISCO CA 94109

THEOS FEDRO HOLDINGS LLC
819 ELLIS STREET
SAN FRANCISCO CA 94109